UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| J.C. PENNEY COMPANY, INC. | § | |
| | § | |
| Debtor, | § | |
| | § | CIVIL ACTION NO. 2:21-CV-00030 |
| CLARA LEWIS BROCKINGTON, | § | |
| | § | |
| | § | |
| Appellant. | § | |

## ORDER

Before the Court is Appellant's "Motions for Notice of Appeal(s)" (D.E. 9), construed as a motion for new trial or to alter or amend the judgment under Federal Rules of Civil Procedure 59 and 60. Appellant has failed to demonstrate any error in the judgment and is not entitled to a court-appointed attorney in this civil matter. Any further complaints regarding this appeal should be directed to the Court of Appeals for the Fifth Federal Circuit. The motion is DENIED.

ORDERED this 30th day of June, 2021.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE

1 / 1